Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:21CR00143-001 |
| vs. | ) |
| | ) (First Request) |
| ARIAN DAVIS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Certification: This Stipulation and Order is being timely filed.

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED by and between CHRISTOPHER CHIOU, Acting United States Attorney and, JEREMY ROBBINS, Special Assistant United States Attorney, Counsel for the United States of America and, LANCE A. MANINGO, of Maningo Law, counsel for Defendant ARIAN DAVIS ("DAVIS"), that the sentencing hearing currently scheduled for September 14, 2021, at 9:00 a.m. be vacated and continued sixty (60) days or to a date and time convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. That Defendant, with the permission of Pre-Trial, hopes to relocate to a new residence/location in Michigan and requires additional time to prepare for sentencing;

2. That Counsel for DAVIS requires additional time to prepare for sentencing;

1

3. That DAVIS is out of custody and does not object to this continuance; and

4. That denial of this request for a continuance could result in a miscarriage of justice.

RESPECTFULLY SUBMITTED this 30th day of August, 2021.

By: */s/ Lance Maningo*
LANCE A. MANINGO
Attorney for Defendant

By: */s/ Jeremy Robbins*
JEREMY ROBBINS
Attorney for United States

Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:21CR00143-001 |
| vs. | ) |
| | ) (First Request) |
| ARIAN DAVIS, | ) |
| Defendant. | ) |

**FINDINGS OF FACT**

Based upon the pending Stipulation of the parties, and good cause therefore, the Court finds that:

1. That Defendant, with the permission of Pre-Trial, hopes to relocate to a new residence/location in Michigan and requires additional time to prepare for sentencing;

2. That Counsel for DAVIS requires additional time to prepare for sentencing;

3. That DAVIS is out of custody and does not object to this continuance; and

4. That denial of this request for a continuance could result in a miscarriage of justice.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to

3

result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the that sentencing in this matter currently scheduled for September 14, 2021 at 9:00 a.m. be vacated and continued to __November 16, 2021__ at __1:00 PM__ in tby videoconference in LV Courtroom 7C.

DATED this 31st day of August, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:



By:   */s/ Lance Maningo*
      LANCE A. MANINGO
      Nevada Bar No.: 006405
      400 S. 4th Street, Suite 650
      Las Vegas, Nevada 89101
   Attorney for Defendant DAVIS